| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Stanton L. Stein (SBN 45997)<br>Bennett A. Bigman (SBN 115426)<br>Erica S. Kim (SBN 313261)<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>TELEPHONE NO: (310) 826-7474 FAX NO *(Optional)*: (310) 826-6991<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF, Bruce Sudano, in his capacity as Executor of the Estate of Donna Summer Sudano d/b/a Sweet Summer Night Music | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF / PETITIONER: BRUCE SUDANO, in his capacity as Executor of the ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC<br>DEFENDANT / RESPONDENT: KANYE OMARI WEST a/k/a "YE," an individual, et al. | CASE NUMBER:<br>2:24-cv-01586 |
| **Proof of Service** | Ref. No. or File No.:<br>10659940 (46134-01) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Notice of Assignment, Notice to Parties of Court-Directed ADR, Notice to Counsel to Proceed before a United States Magistrate Judge, Standing Order

3. a. Party served: Kanye Omari West a/k/a "Ye"

3. b. Person served: Caleb Hopkins, Concierge/Security, authorized to accept service on behalf of Kanye Omari West a/k/a "Ye", served under F.R.C.P. Rule 4

4. Address where the party was served: 838 Kings Road, West Hollywood, CA 90069

5. I served the party:
a. by substituted service: on: March 27, 2024, at 11:08 am by leaving copies with Caleb Hopkins, Concierge/Security, authorized to accept service on behalf of Kanye Omari West a/k/a "Ye".

(1) Residence address with a person of suitable age and discretion who works within the residential building.

(2) A Declaration of mailing is attached.

6. Person who served papers:
a. Manuel Romero (Reg. No. 2020059181, Los Angeles)
b. Array
18013 Sky Park Circle, Suite C, Irvine, CA 92614
c. (949) 777-5496
d. The fee for service was $1,730.00

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature] 4-8-24

Manuel Romero Date

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) Use client details<br>Stanton L. Stein (SBN 45997)<br>Bennett A. Bigman (SBN 115426)<br>Erica S. Kim (SBN 313261)<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>TELEPHONE NO: 310-826-7474<br><br>ATTORNEY FOR (Name): PLAINTIFF, Bruce Sudano, in his capacity as Executor of the Estate of Donna Summer Sudano d/b/a Sweet Summer Night Music | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF / PETITIONER: BRUCE SUDANO, in his capacity as Executor of the ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC<br>DEFENDANT / RESPONDENT: KANYE OMARI WEST a/k/a "YE," an individual, et al. | CASE NUMBER:<br>2:24-cv-01586 |
| **Proof of Service by Mail** | Ref. No. or File No.:<br>10659940 (46134-01) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I caused to be served copies of the Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Notice of Assignment, Notice to Parties of Court-Directed ADR, Notice to Counsel to Proceed before a United States Magistrate Judge, Standing Order

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

a. Date of Mailing: March 27, 2024
b. Place of mailing: Irvine, CA 92614
c. Address as follows: Kanye Omari West a/k/a "Ye"
838 Kings Road, West Hollywood, CA 90069
d. Tracking No.: 9488809000276305887493

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on March 27, 2024, in the ordinary course of business.

5. Person Serving:

a. Kiersten Engquist
b. Array
18013 Sky Park Circle, Suite C, Irvine, CA 92614
c. (949) 777-5496
d. The fee for service was $1,730.00

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kiersten Engquist 04/05/2024
Date

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Stanton L. Stein (SBN 45997)<br>Bennett A. Bigman (SBN 115426)<br>Erica S. Kim (SBN 313261)<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>TELEPHONE NO: 310-826-7474 FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF, Bruce Sudano, in his capacity as Executor of the Estate of Donna Summer Sudano d/b/a Sweet Summer Night Music | |
| **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF / PETITIONER: BRUCE SUDANO, in his capacity as Executor of the ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC<br>DEFENDANT / RESPONDENT: KANYE OMARI WEST a/k/a "YE," an individual, et al. | CASE NUMBER:<br>2:24-cv-01586 |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.:<br>10659940 (46134-01) |

1. I, Manuel Romero (Reg. No. 2020059181, Los Angeles), and any employee or independent contractors retained by ARRAY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Kanye Omari West a/k/a "Ye" as follows:

2. Documents: Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Notice of Assignment, Notice to Parties of Court-Directed ADR, Notice to Counsel to Proceed before a United States Magistrate Judge, Standing Order

Attempt details:
1) Unsuccessful attempt: March 21, 2024, 7:00 pm PDT at 838 Kings Road, West Hollywood, CA 90069
Arrived at location at 7 pm. I positioned myself at the residence. The building is a guard gated secure building and entrance is restricted. There is only one way into the residential building to park and enter.

2) Unsuccessful attempt: March 22, 2024, 11:50 am PDT at 838 Kings Road, West Hollywood, CA 90069
Arrived at location at 11:50 am. Staked out from 11:50 am - 3:50 pm PDT, no activity.

3) Unsuccessful attempt: March 23, 2024, 11:00 am PDT at 838 Kings Road, West Hollywood, CA 90069
Arrived at location at 11:00 am. Staked out from 11:00 am - 3:00 pm, no activity.

4) Successful attempt: March 27, 2024, 11:08 am PDT 838 Kings Road, West Hollywood, CA 90069 received by Caleb Hopkins, Concierge/Security, authorized to accept service on behalf of Kanye Omari West a/k/a "Ye".
Arrived at location at 7:50 am. Staked out from 7:50 am - 11:00 am, no activity. At 11:08 am I asked the concierge desk for permission to go up to Kanye West's suite to serve him and Concierge/Security, Caleb Hopkins, refused to allow me access to the suite and stated that he is authorized to accept service on behalf of Kanye Omari West a/k/a "Ye".

3. Person who served papers:

a. Manuel Romero (Reg. No. 2020059181, Los Angeles)
b. Array
18013 Sky Park Circle, Suite C, Irvine, CA 92614
c. (949) 777-5496
d. The fee for service was $1,730.00

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

[signature] Date 4-8-24

Manuel Romero
Reg. No. 2020059181
County: Los Angeles
18013 Sky Park Cir Suite C
Irvine, CA 92614