| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Stanton L. Stein (SBN 45997)<br>Bennett A. Bigman (SBN 115426)<br>Erica S. Kim (SBN 313261)<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>TELEPHONE NO: (310) 826-7474 FAX NO *(Optional)*: (310) 826-6991<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF, Bruce Sudano, in his capacity as Executor of the Estate of Donna Summer Sudano d/b/a Sweet Summer Night Music | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF / PETITIONER: BRUCE SUDANO, in his capacity as Executor of the ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC<br>DEFENDANT / RESPONDENT: KANYE OMARI WEST a/k/a "YE," an individual, et al. | CASE NUMBER:<br>2:24-cv-01586 |
| **Proof of Service** | Ref. No. or File No.:<br>10659940 (46134-01) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Notice of Interested Parties, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Notice of Assignment, Notice to Parties of Court-Directed ADR, Notice to Counsel to Proceed before a United States Magistrate Judge, Standing Order

3. a. Party served: Yeezy Record Label, LLC, a California limited liability company

3. b. Person served: Rebecca Vang, Authorized to Accept on behalf of listed Agent for Service of Process, CSC, Lawyers Incorporating Service, served under F.R.C.P. Rule 4

4. Address where the party was served: 2710 Gateway Oaks Drive Ste. 150N, Sacramento, CA 95833

5. I served the party:
a. by personal service: on: March 28, 2024, at 12:20pm by leaving copies with Rebecca Vang, Authorized to Accept on behalf of listed Agent for Service of Process, CSC, Lawyers Incorporating Service, for defendant Yeezy Record Label, LLC, a California limited liability company

6. Person who served papers:
a. Christopher I. Whitcomb (Reg. No. 2020-34 County of Sacramento)
b. Array
18013 Sky Park Circle, Suite C, Irvine, CA 92614
c. (949) 777-5496
d. The fee for service was $1,730.00

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/9/24

Christopher I. Whitcomb Date