RUSS, AUGUST & KABAT
Stanton L. Stein (SBN 45997)
  lstein@raklaw.com
Bennett A. Bigman (SBN 115426)
  bbigman@raklaw.com
Erica S. Kim (SBN 313261)
  ekim@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE WEST a/k/a YE, an individual; TYRONE WILLIAM GRIFFIN, JR. p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL, LLC, a California limited liability company; YZY SND, an unknown entity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24−cv−01586−AB(RAOx)<br>[Assigned to Hon. André Birotte, Jr.]<br><br>**STIPULATION FOR AN ORDER DISMISSING ACTION WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br><br>Action filed: February 27, 2024 |

1

WHEREAS, Plaintiff and Defendants have entered into a Settlement Agreement that is a full and final settlement of all of the claims in the Action; and

WHEREAS, the parties in their Settlement Agreement have stipulated to the Court retaining jurisdiction to enforce the Settlement Agreement, and to dismissing this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) in consideration of the Court's retention of jurisdiction;

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, that:

1. This Court shall retain jurisdiction for the purpose of resolving any disputes between the parties with respect to enforcement of any provision of the parties' Settlement Agreement; and

2. In consideration of the Court's retention of jurisdiction to enforce the parties' Settlement Agreement, this Action is dismissed with prejudice, with each side bearing his or its own costs and attorneys' fees in the Action.

Dated:  June 20, 2024                             RUSS, AUGUST & KABAT

By: /s/ Stanton L. Stein
Stanton L. Stein
Bennett A. Bigman
Erica S. Kim
Attorneys for Plaintiff Estate of Donna Summer dba Sweet Summer Night Music

| | | |
|---|---|---|
| Dated: June 20, 2024 | | THE BRUMFIELD LAW GROUP |
| | By: | */s/ Brian Brumfield* |
| | | Brian Brumfield |
| | | Attorney for Defendants Kanye Omari West aka "Ye", Yeezy Record Label, LLC and YZY SND |
| Dated: June 20, 2024 | | YU LESEBERG |
| | By: | */s/ Helen Yu* |
| | | Helen Yu |
| | | Attorney for Tyrone William Griffin pka "Ty Dolla $ign" |

RUSS, AUGUST & KABAT

3
STIPULATION FOR AN ORDER DISMISSING ACTION WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT