**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| ESTATE OF DONNA SUMMER SUDANO D/B/A SWEET SUMMER NIGHT MUSIC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KANYE WEST a/k/a YE, an individual; TYRONE WILLIAM GRIFFIN, JR. p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL, LLC, a California limited liability company; YZY SND, an unknown entity; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24−cv−01586−AB(RAOx) [Assigned to Hon. André Birotte, Jr.]<br><br>[**PROPOSED**] **ORDER DISMISSING ACTION WITH PREJUDICE WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br><br>Action filed: February 27, 2024 |

　　　The Court **APPROVES** the parties' Stipulation, and **HEREBY ORDERS**:

　　　1.　　This Court shall retain jurisdiction for the purpose of resolving any disputes between the parties with respect to enforcement of any provision of the parties' Settlement Agreement; and

　　　2.　　This Action is **DISMISSED WITH PREJUDICE**, with each side bearing his or its own costs and attorneys' fees.

　　　**SO ORDERED.**

Dated: June 25, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. André Birotte, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge